UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DARRYL DOMINIC WOODFORD,

    Plaintiff,                                           Case No. 24-10062

v.                                                HON. MARK A. GOLDSMITH

JONATHAN WALDEN et al.,

    Defendants.

_____/

## **JUDGMENT**

    Judgment is entered in accordance with the Opinion and Order entered on today's date. The case is closed.

                                                          KINIKIA ESSIX
                                                          CLERK OF THE COURT

                                        By:   s/Carolyn Ciesla
                                                     DEPUTY COURT CLERK

APPROVED:

s/Mark A. Goldsmith
MARK A. GOLDSMITH
UNITED STATES DISTRICT JUDGE

Dated: March 31, 2025